NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DUSTIN KACZOROSKI,                )
                                  )
        Appellant,                )
                                  )
v.                                )      Case No. 2D17-1561
                                  )
DONNA HOFFMAN, DON HOFFMAN,       )
and DONNELL HOFFMAN,              )
                                  )
        Appellees.                )
_____    )

Opinion filed May 23, 2018.

Appeal from the Circuit Court for Lee
County; John E. Duryea, Jr., Judge.

Rita M. Jackson of Powell, Jackman,
Stevens & Ricciardo, P.A., Fort Myers,
for Appellant.

Scott J. Hertz of Intelligent Solutions Law
Firm, PLLC., Cape Coral, for Appellees.

PER CURIAM.

        Affirmed.

KELLY, MORRIS, and LUCAS, JJ., Concur.